IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Gary Dixon, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:12-3625-RBH |
| | ) |
| Carolyn W. Colvin, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

Upon consideration of Defendant's Motion for Entry of Judgment with Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), with consent of the parties and good cause appearing therefore, the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), [1] and REMANDS the cause to the Commissioner for further administrative proceedings.

Upon remand, the Commissioner will remand Plaintiff's case to an administrative law judge (ALJ). The Appeals Council will direct the ALJ to evaluate: the opinion evidence of record; the Plaintiff's residual capacity and subjective complaints; and whether the Plaintiff can perform other work. If necessary, the ALJ should obtain vocational expert evidence to assist in the evaluation.

---

[1] The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

IT IS SO ORDERED.

                                                          s/R. Bryan Harwell
                                                          R. Bryan Harwell
                                                          United States District Judge

November 7, 2013